

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID BLUER,

Defendant.
_____/

Case: 2:24-cr-20134
Assigned To : Borman, Paul D.
Referral Judge: Altman, Kimberly G.
Assign. Date : 3/13/2024
Description: IND USA V. DAVID BLUER (DJ)

VIOLATIONS: 18 U.S.C. § 247(c)
18 U.S.C. § 245(b)(2)(B)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 247(c)
*Damage to Religious Property*

On or about October 24, 2021, in the Eastern District of Michigan, the defendant, DAVID BLUER, aided and abetted by others known to the Grand Jury, intentionally defaced and damaged, and attempted to deface and damage, religious real property because of the race and color of individuals associated with that religious property. Specifically, the defendant, aided and abetted by others, spray-painted swastikas, the word "die," and other graffiti on the exterior of a church, the

identity of which is known to the Grand Jury, in Roseville, Michigan; the church has a Black pastor and serves a predominantly Black congregation.

All in violation of Title 18, United States Code, Sections 247(c) and 2.

## COUNT TWO
### 18 U.S.C. § 245(b)(2)(B)
*Federally Protected Activities*

On or about October 24, 2021, in the Eastern District of Michigan, the defendant, DAVID BLUER, aided and abetted by others known to the Grand Jury, did, by threat of force, willfully intimidate and interfere with, and attempt to intimidate and interfere with, Black users of Trombly Park, in Warren, Michigan, because of their race and color, and because they were and had been enjoying a facility provided and administered by a state and subdivision thereof. Specifically, the defendant, aided and abetted by others, spray-painted swastikas, a racist slur and symbols, and other graffiti on the bathroom in Trombly Park, including the statement "DaviD KiLLS Ni\*\*ERS," the complete spelling of which is known to the Grand Jury.

All in violation of Title 18, United States Code, Section 245(b)(2)(B) and 2.

A TRUE BILL.

s/ *Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney


s/ *John K. Neal*
JOHN K. NEAL
Chief, Public Corruption and Civil Rights Unit
Assistant U.S. Attorney


s/ *Frances Lee Carlson*
FRANCES LEE CARLSON
Assistant U.S. Attorney


s/ *Erin Monju*
ERIN MONJU
Trial Attorney
Civil Rights Division

Dated: March 13, 2024

3

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove | Case: 2:24-cr-20134<br>Assigned To : Borman, Paul D.<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 3/13/2024<br>Description: IND USA V. DAVID BLUER (DJ) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comple

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: *FLC* |

Case Title: USA v. David Bluer

County where offense occurred : Macomb County

Check One:   ☐ Felony    ☒ Misdemeanor    ☐ Petty

    ✓ Indictment/____ Information --- no prior complaint.
    ____ Indictment/____ Information --- based upon prior complaint [Case number:                    ]
    ____ Indictment/____ Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information

Superseding to Case No: _____    Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

March 13, 2024
Date

Frances Lee Carlson
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9696
Fax:
E-Mail address: Frances.Carlson@usdoj.gov
Attorney Bar #: P62624

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.